## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Seabrook v. The City of New York  Docket No.: 25-2095

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jamison Davies

Firm: New York City Law Department

Address: 100 Church St., New York NY 10007

Telephone: 212-356-2490    Fax: 212-356-1148

E-mail: jdavies@law.nyc.gov

Appearance for: City of New York, Lynelle Maginley-Liddle, Louis Molina, Vincent Schiraldi, Cynthia Brann, Ronald A. Bereton, Anothony Monastero/Appellees
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Muriel Goode-Trufant/New York City Law Department and Dayrel S. Sewell/Law Firm of Dayrel S. Sewell )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 8/9/2023   OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Jamison Davies

Type or Print Name: Jamison Davies